FILED

2010 JUL 23  AM 10: 02

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | |
|---|---|
| KENNETH KEELER,    )<br>        PLAINTIFF,    )<br>                              )<br>vs.                           )<br>                              )  Cause Number:  **2 10 CV 304**<br>CREDITORS INTERCHANGE RECEIVABLE )<br>MANAGEMENT, LLC, d/b/a CREDITORS )<br>INTERCHANGE                  )<br>                              )<br>        DEFENDANT.    ) | |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Kenneth Keeler on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Creditors Interchange Receivable Management, LLC, alleges and states as follows:

#### INTRODUCTION

**1.**    This is an action for damages brought by the Plaintiff, for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

#### JURISDICTION

**2.**    This Court has jurisdiction over the claims in this matter pursuant to 15 U.S.C. § 1692.

## PARTIES

**3.** Mr. Keeler is an individual consumer currently residing in Lake County, Indiana.

**4.** Creditors Interchange Receivable Management, LLC is a collection agency who conducts business and is incorporated in the State of New York.

**5.** Creditors Interchange Receivable Management, LLC is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

**6.** Defendant, Creditors Interchange Receivable Management in an attempt to collect an alleged debt on behalf of Bank of America made numerous phone calls to Plaintiff.

**7.** Defendant was advised that Plaintiff was represented by Counsel.

**8.** Counsel for Plaintiff had communications with Defendant regarding said account.

**9.** Nonetheless, Defendant continued contacting Plaintiff including on the same date as a communication occurred with his Counsel.

**10.** Additionally, an agent of Defendant threatened Plaintiff with taking a judgment against him without going to Court.

## VIOLATIONS OF THE FDCPA BY DEFENDANT

**11.** Defendant has violated the FDCPA.

**12.** Defendant has violated 15 U.S.C. §1692b.

**13.** Defendant has violated 15 U.S.C. §1692c.

**14.** Defendant has violated 15 U.S.C. §1692d.

**15.** Defendant has violated 15 U.S.C. §1692e.

**16.** Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, Plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. The maximum amount of statutory and actual damages provided under the FDCPA.
2. Attorney's fees, litigation expenses and costs.
3. Such other and further relief as is appropriate.

Respectfully submitted

By _____
Michael P. McIlree

**VERIFICATION**

I declare that the foregoing statements are true and accurate to the best of my knowledge.

_____
KENNETH KEELER, Plaintiff

**JURY DEMAND**

_____
Plaintiff demands trial by jury.

**Michael P. McIlree, #19847-45**
**Attorney at Law**
**821 E. Lincolnway, Ste. 1**

3

Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiffs