UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KENNETH KEELER<br>　　　Plaintiff,<br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLE<br>MANAGEMENT, LLC d/b/a CREDITORS<br>INTERCHANGE,<br>　　　Defendant. | )<br>)<br>)<br>) CAUSE NO. 2:10-CV-304-WCL-APR<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Kenneth Keeler, by counsel, and Defendant, Creditors Interchange Receivable Management, LLC d/b/a Creditors Interchange, by counsel, jointly stipulate that the above-entitled matter is dismissed, with prejudice.

/s/ Michael P. McIlree
Michael McIlree
Attorneys for Plaintiff
821 E. Lincolnway, Suite 1
Valparaiso, IN  44638
McIlree1@aol.com


KIGHTLINGER & GRAY, LLP

/s/Peter A. Velde
Peter A. Velde
Attorneys for Defendants
KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 N. Delaware Street
Indianapolis, Indiana 46204
pvelde@k-glaw.com

101130 / 1170221-1