UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| KENNETH KEELER<br>    Plaintiff,<br>v.<br><br>CREDITORS INTERCHANGE RECEIVABLE<br>MANAGEMENT, LLC d/b/a CREDITORS<br>INTERCHANGE,<br>    Defendant. | )<br>)<br>)<br>) CAUSE NO. 2:10-CV-304-WCL-APR<br>)<br>)<br>)<br> |

## ORDER

Plaintiff, Kenneth Keeler, and Defendant, Creditors Interchange Receivable Management, LLC d/b/a Creditors Interchange, by counsel, having filed their Joint Stipulation of Dismissal With Prejudice and the Court having seen and examined same and being advised in the premises thereof now:

HEREBY ORDERS this cause of action dismissed, with prejudice.

Dated this  7th  day of  February , 2011, at  Fort Wayne , Indiana

                                                         s/William C. Lee
                                                         Judge, U.S. District Court

Distribution to:

Michael McIlree   McIlree1@aol.com
Peter A. Velde   pvelde@k-glaw.com